1 | JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
2 | JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
3 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 | Fax:(949) 722-8416

5 | Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-00480 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| CHANDRA D. FRANKLIN AKA CHANDRA FRANKLIN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Chandra D. Franklin aka Chandra Franklin, in the principal amount of $2,820.48 plus interest accrued to May 10, 2011, in the sum of $4,603.86; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $46.44, for a total amount of **$7,470.78**.

DATED: 3/1/2012                By: _____Terry Nafisi_____
                                        Clerk of the Court

                                        _____A. Martinez_____
                                        Deputy Clerk
                                        United States District Court